[Nos. 23243-3-III; 23244-1-III.   Division Three.   October 11, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. BEN ALAN BURKEY, *Appellant*.

Appeals from judgments of the Superior Court for Spokane County, Nos. 00-1-00801-6 and 03-1-02543-8, Richard J. Schroeder and Gregory D. Sypolt, JJ., entered February 28, 2001 and November 11, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Brown, J.

[No. 23380-4-III.   Division Three.   October 11, 2005.]

RONALD "LANCE" CHIPMAN, *Appellant*, v. CHELAN COUNTY, *Defendant*, TILLY'S HOMEOWNERS ASSOCIATION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Chelan County, No. 03-2-01434-1, Ted W. Small, J., entered September 13, 2004. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, A.C.J, and Schultheis, J.

[No. 23054-6-III.   Division Three.   October 13, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ANGELO WILSON RIVERA, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 04-1-00517-1, Robert N. Hackett, Jr., J., entered May 21, 2004. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, A.C.J., and Brown, J.

[No. 23345-6-III.   Division Three.   October 13, 2005.]

THE CITY OF SPOKANE, *Petitioner*, v. STACY A. BECK, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-03079-2, Robert D. Austin, J., entered August 3, 2004. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kato, C.J., and Kurtz, J. Now published at 130 Wn. App. 481.